IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDUARDO ALVARADO REYES ,

Petitioner,

vs.

WARDEN, CALIFORNIA CITY
IMMIGRATION PROCESSING CENTER,

Respondent.

_____ /

1:26−CV−05222−KES−HBK  (HC)

ORDER AUTHORIZING
IN FORMA PAUPERIS STATUS

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C.  § 1915, petitioner is hereby AUTHORIZED to proceed in forma pauperis.  The petition will be screened in due course.

SO ORDERED.

DATED:  7/7/26                                  /s/  Helena M. Barch−Kuchta
                                                        United States Magistrate Judge

1